# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL BRYANT,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>BAOYING GUAN, et al.,<br><br>　　　　Defendants. | Case No. 1:17-cv-01531-AWI-SAB<br><br>ORDER REQUIRING PARTIES TO FILE DISPOSITIONAL DOCUMENTS<br><br>DEADLINE: FEBRUARY 28, 2018<br><br>(ECF No. 8) |

On January 19, 2018, Plaintiff filed a notice informing the Court that the parties have reached settlement resolving this action.

Accordingly, it is HEREBY ORDERED that:

1. All pending matters and dates are VACATED; and

2. Plaintiff shall file dispositional documents on or before February 28, 2018.

IT IS SO ORDERED.

Dated: __**January 22, 2018**__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1